EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

EDRIC M. CHING   6697
Assistant U.S. Attorney
Att: Financial Litigation Unit
Rm 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850-6100
Telephone:  541-2850
FAX:        541-3752
Email:   Edric.Ching@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 00-00694 SPK BMK |
| Plaintiff, | RELEASE OF NOTICE OF LIEN |
| vs. | |
| LOUISA L. PEREIRA, | |
| Defendant. | |

RELEASE OF NOTICE OF LIEN

The United States of America, by and through its attorneys, EDWARD H. KUBO, JR., United States Attorney for the District of Hawaii, and Edric M. Ching, Assistant U.S. Attorney, states that on November 8, 2000, a Consent Judgment was entered against Louisa L. Pereira (SSN: XXX-XX-0140) in the U.S. District Court, District of Hawaii, ordering payment of principal in the amount of $13,731.86, interest in the amount of $8,235.49, and post-judgment interest of 6.241%.

An Abstract of Judgment which created a lien on all real property of the defendant was recorded on January 14, 2002, at the Bureau of Conveyances, State of Hawaii, Document No. 2002-006133.

DATED:  June 11, 2008  , at Honolulu, Hawaii.

      EDWARD H. KUBO, JR.
      United States Attorney
      District of Hawaii

        /s/ Edric M. Ching
      By: _____
      EDRIC M. CHING
      Assistant U.S. Attorney

      Attorneys for Plaintiff